# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

CRESCENT HARDWOOD
SUPPLY, INC.

CIVIL ACTION

VERSUS

17-455-SDD-EWD

KARNDEAN INTERNATIONAL, INC.

## ORDER

**CONSIDERING** the *Notice of Settlement*[1] filed by the Parties in the above captioned matter;

**IT IS HEREBY ORDERED** that the Plaintiff's claims against Defendant are DISMISSED without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement with this Defendant is not consummated.

**IT IS FURTHER ORDERED** that any pending motions denied as moot.

Baton Rouge, Louisiana the 13 day of September, 2017.

_____
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 6.